JOHN W. HUBER, United States Attorney (#7226)
ISAAC C. WORKMAN, Assistant United States Attorney (#14031)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 325-1440
isaac.workman@usdoj.gov

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH
AUG 15 2018
BY D. MARK JONES, CLERK
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RORY CORDOVA (aka: "JOKER"),<br><br>Defendant. | Case No. 2:18mj 461 BCW<br><br>**FILED UNDER SEAL**<br><br>CRIMINAL COMPLAINT<br><br>Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm;<br><br>Count 2: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm.<br><br>U.S. Magistrate Judge Brooke C. Wells |

Before Brooke C. Wells, United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

**COUNT 1**

On or about June 08, 2018, in the Northern Division of the District of Utah,

RORY CORDOVA,

defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting commerce a firearm; to wit, a Glock, Model 26, 9mm caliber handgun and associated ammunition; all in violation of 18 U.S.C. § 922(g)(1).

1

## COUNT 2

On or about June 30, 2018, in the Northern Division of the District of Utah,

RORY CORDOVA,

defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting commerce a firearm; to wit, a Glock, Model 26, 9mm caliber handgun and associated ammunition; all in violation of 18 U.S.C. § 922(g)(1).

## TRAINING AND EXPERIENCE

I, Jacob Moore, being duly sworn, hereby depose and say:

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since January of 2015. I am a graduate of the Criminal Investigator Training Program and ATF Special Agent Basic Training program held at the Federal Law Enforcement Training Center in Glynco, Georgia. I have received specialized training in the enforcement of federal firearm and explosive laws, as well as specialized training with respect to the origin and nexus of firearms. Since December of 2015, I have been attached to and worked with the Unified Police Department's Metro Gang Unit for gang suppression efforts. I have completed numerous hours of training with respect to Gang Prevention, Intervention, and Suppression. As an ATF SA, my duties and responsibilities include participating in the investigation and prosecution of persons who violate federal firearm laws and related federal criminal laws. As an ATF SA, I have participated in the investigation and prosecution of persons who have violated federal laws. The majority of these investigations involved firearms and/or narcotics-related violations, some involving violence, and many resulted in the execution of search warrants.

2. Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States. As a result of my training and experience as an ATF SA, I am familiar with federal laws including Title 18, United States Code, Section 922(g)(1), Felon in Possession of a firearm.

3. This affidavit does not contain all of the information known to your affiant but rather only those facts believed necessary to obtain a search warrant. I am familiar with the facts and circumstances set forth herein as a result of my personal participation in this investigation, as well as my review of official reports and records and conversations with other law enforcement officers as more fully described below. The facts in this affidavit come from my personal observations, my specialized training and experience, and information obtained from other agents and/or witnesses.

4. Based on the facts set forth in this affidavit, I believe that there is probable cause that **RORY CORDOVA** committed multiple violations of being a Felon in Possession of a Firearm, in violation of Section 922(g)(1), Title 18, United State Code.

## PROBABLE CAUSE

5. At approximately 11:39 PM, on June 30, 2018, South Salt Lake police officers responded to reports of gunfire at the residence of 247 East Southgate Ave, in South Salt Lake City, Utah. Upon arrival, officers learned that unidentified individual fired multiple shots at the residence from a vehicle. Officers located eight 9mm caliber shell casings in the roadway in front of the residence. Subsequently, eight bullet holes were found to have struck/impacted the residence. Two occupants were inside of the residence when the incident occurred.

5. The residence had a home surveillance camera attached to the front of the residence, which captured video recordings of vehicles travelling on Southgate Avenue. Officers reviewed the surveillance footage and observed a light colored SUV, with a mismatched (dark) front-end, stop in front of the residence. The vehicle had its headlights turned off. A series of flashes, consistent with the muzzle-flash of gunfire, could be seen coming from inside the vehicle as it was positioned in front of the residence.

6. When officers spoke to the resident, they learned that the resident's ex-boyfriend, Rory Cordova, had called her several times prior. The resident stated that Cordova's calls were suspicious because she had not heard from Cordova in over three years. The resident described Cordova as a "psycho and controlling." The two have a history of domestic violence, with the resident being the victim. On June 24, 2018, Cordova left a voicemail on the resident's phone saying that he was sending some of his mail to her house. The resident received the mail and found that it was an insurance policy for a 2001 gold color Acura MDX vehicle. A motor vehicle records check was completed on the aforementioned vehicle and showed Cordova listed as the registered owner of the vehicle. The motor vehicle record also indicated that the vehicle had a "branded" title. A "branded" title is significant because from you affiants training and experience, vehicles are often "branded" due to collision damage, which was consistent with the mismatched front end on the suspect vehicle captured by the resident's surveillance footage. The name on the insurance policy listed Rory Cordova as the insured driver with the same Ogden, Utah address as the vehicle registration record.

7. An attempt to locate was sent/broadcasted to police agencies throughout the valley for Cordova's vehicle. On 07/01/2018, at approximately 3:15 AM, law enforcement officers

4

located Cordova's gold color Acura MDX near 200 West Harris Street in Ogden, Utah. The vehicle had a dark (black) front-end, matching the vehicle observed on the surveillance footage from the South Salt Lake Shooting that occurred a few hours earlier. As officers were setting up a perimeter around Cordova's Acura, they observed Cordova sitting in the passenger seat of a vehicle parked directly behind the gold Acura MDX. Cordova was taken into custody by South Ogden police officers. Search incident to arrest, Officers located a set of car keys for the Acura MDX and a wallet containing Cordova's ID in his pocket. Cordova invoked his Miranda rights and opted not to make any statements.

8. Officers observed in plain view several spent shell casings inside of the Acura. Inside the Acura, officers located a stolen Glock 26 9mm handgun.

9. Law enforcement obtained surveillance video of Cordova purchasing two boxes of 9mm caliber ammunition at a Walmart store on June 30, 2018, prior to the shooting. Agents also received a copy of the receipt, which verified Cordova as the purchaser.

10. The Glock firearm was sent to the Utah Bureau of Forensic Services for entry into the National Integrated Ballistic Information Network (NIBIN). Firearms leave unique markings on fired ammunition components by the internal functioning of the firearm. The National Integrated Ballistics Information Network (NIBIN) stores fired firearms cartridge case images, referred to as unique signatures for later analysis and comparison leading to matches or "hits." NIBIN is highly effective at producing near exact matches of these fired ammunition components.

11. The spent 9mm caliber shell casings recovered from the South Salt Lake shooting and the spent 9mm shell casings recovered from Cordova's vehicle were submitted for NIBIN

comparison analysis. The Glock 9mm caliber handgun recovered from Cordova's Acura was also test fired for NIBIN analysis. The NIBIN analysis revealed that the markings on the spent shell casings recovered from the scene of the South Salt Lake shooting matched the spent shell casings recovered from Cordova's Acura MDX. The test fired round(s) from the Glock handgun recovered from Cordova's vehicle also matched to the expended cartridges recovered in Cordova's vehicle, indicating that these expended rounds were all fired from the same firearm, the Glock handgun found in Cordova's vehicle.

12. The NIBIN analysis also linked the Glock handgun recovered from Cordova's vehicle to spent shell casings recovered from the scene of a shots fired call in Ogden, Utah that occurred on June 08, 2018. This incident involved a man pulling up in front of a residence in Ogden where a child's birthday party was occurring with children present. Witnesses described grabbing the children and running away from the residence once the gunfire ensued. The shooter, who witnesses described as a Hispanic male with long-hair and approximately fifty years of age, a description that is consistent with Cordova's Utah Driver License photo/details, driving a gold SUV, a description that is consistent with the gold color Acura MDX SUV that is registered to Cordova, opened fire at a residence and a vehicle at that location. Officers located several bullet holes and marks on the exterior of the residence, in the front window of the residence, and through the windshield of a vehicle parked in the driveway at the residence.

13. Cordova is a documented Ogden Trece (O13) gang member and seven-time convicted felon. Cordova was convicted of (1) 1996 Forgery (Utah Second District Court case #961900706); (2) 1998 Forgery (Utah Second District Court case #981905462); (3) 2002 Theft (Utah Second District Court case #021901754); (4) 2002 Identity Fraud (Utah

Second District Court case #021903482); (5) 2008 Escape (Utah Second District Court case #081901204); (6) 2008 Fail to Stop at Command of Police (Utah Second District Court case #091900131); and (7) 2009 Escape (Utah Second District Court case #091900719).

14. Cordova was also convicted of misdemeanor Domestic Violence in the Presence of a Child and Simple Assault, (Utah Second District Court case #011903664).

15. Based upon my training and experience as a Special Agent of the ATF, I know that Glock firearms are not manufactured in the State of Utah and its subsequent appearance here means that it has traveled in interstate or foreign commerce.

(continued on next page)

## CONCLUSION

16. Based on the aforementioned facts, I believe that there is probable cause that **RORY CORDOVA** committed multiple violations of being a Felon in Possession of a Firearm, in violation of Section 922(g)(1), Title 18, United State Code.

17. I swear that this information is true and correct to the best of my knowledge, information, and belief. I further request a warrant for arrest be issued based upon the facts set forth herein.

DATED this 15th day of August 2018.

_____
JACOB MOORE, Special Agent
Bureau of Alcohol, Tobacco,
Firearms & Explosives

Subscribed and sworn to before me this 15th day of August 2018.

_____
BROOKE C. WELLS
U.S. MAGISTRATE JUDGE

APPROVED:

JOHN HUBER
United States Attorney

_____
ISAAC WORKMAN
Assistant United States Attorney